UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00192-M-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT MOTION TO** |
| ERIC CHARLES WELTON, | ) | **CONTINUE ARRAIGNMENT** |
| | ) | |
| Defendant. | ) | |

Defendant, Eric Charles Welton, by and through undersigned counsel, respectfully moves the Court to continue Defendant's Arraignment in the above referenced matter. The defendant respectfully shows unto the Court the following in support of this motion:

1. By previous order of this Court, Defendant's Arraignment is scheduled for September 26, 2023.

2. Undersigned counsel needs additional time to confer with the Defendant and Government regarding a possible non-trial resolution.

3. Undersigned counsel has conferred with the Assistant United States Attorney, Lori Warlick, and is authorized to represent to the Court that the Government consents to this motion and the relief

requested herein.

WHEREFORE, undersigned counsel respectfully moves that arraignment thirty days (30) or such other time as this Court deems appropriate.

This, the 12th day of September, 2023.


DYSART WILLIS, PLLC


By: /s/ Geoffrey Ryan Willis      /s/ Christian E. Dysart
GEOFFREY RYAN WILLIS              CHRISTIAN E. DYSART
N.C. State Bar No. 33004          N.C. State Bar No. 36734
ryan@dysartwillis.com             christian@dysartwillis.com
530 Hillsborough St., Suite 200   530 Hillsborough St., Suite 200
Raleigh, NC  27603                Raleigh, NC 27603
Telephone: (919) 747-8380         Telephone: (919) 747-8380
Facsimile: (919) 882-1222         Facsimile: (919) 882-1222
*RETAINED ATTORNEY FOR*           *RETAINED ATTORNEY FOR*
*DEFENDANT*                       *DEFENDANT*


/s/ Meredith P. Brewer
MEREDITH P. BREWER
N.C. State Bar No. 52324
E-mail: Brewer@dysartwillis.com
530 Hillsborough Street, Suite 200
Raleigh, NC 27603
Telephone: (919) 747-8380
Facsimile: (919) 882-1222
*RETAINED ATTORNEY FOR*
*DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **CONSENT MOTION TO CONTINUE ARRAIGNMENT** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

>Lori B. Warlick
>Assistant United States Attorney
>United States Attorney's Office
>Eastern District of North Carolina
>150 Fayetteville St., Suite 2100
>Raleigh, North Carolina 27601
>Email: lori.b.warlick@usdoj.gov

This, the 12th day of September, 2023.

>DYSART WILLIS, PLLC
>
>By: /s/ Geoffrey Ryan Willis
>GEOFFREY RYAN WILLIS
>N.C. State Bar No. 33004
>Email: ryan@dysartwillis.com
>530 Hillsborough St., Suite 200
>Raleigh, NC 27603
>Telephone: (919) 747-8380
>Facsimile: (919) 882-1222
>*RETAINED ATTORNEY FOR DEFENDANT*