UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00192-M-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ERIC CHARLES WELTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's Motion to Continue the Arraignment. Upon good cause shown, Defendant's Motion to Continue is hereby **GRANTED** and Defendant's arraignment in this matter shall be continued to the Court's _____ 2023 Term of Court.

**IT IS FURTHER ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**SO ORDERED.** This ___ day of _____, 2023.

_____
RICHARD E. MYERS II
United States District Judge