

Phone (919) 645-1700
Fax (919) 645-1750

**United States District Court**
**Office of the Clerk**
PO Box 25670
Raleigh, NC 27611

Peter A Moore, Jr.,
Clerk of Court

November 7, 2023

**Eric Charles Welton 491780**
**Onslow County Detention Center**
**717 Court Street**
**Jacksonville, NC 28540-4813**

    RE: *USA v. Eric Charles Welton*    *5:23-CR-192-M-RN-1*

Dear Mr. Welton:

The court is in receipt of your recent letter in the above-referenced matter.

You have requested multiple documents and transcripts from this case. I suggest that you obtain a copy of the Docket Sheet which will help you determine exactly which documents you wish to obtain. Your Initial Appearance took place June 23, 2023, in Wilmington, NC, before the Honorable United States Magistrate Judge Robert B. Jones, Jr. No hearings have occurred in this case.

Per instructions in your recent letter, the Clerk's Office phoned your daughter, Eve Welton, to obtain payment for the 5-page Docket Sheet. A copy of that Docket Sheet is attached, as well as a copy of the receipt.

If this office can be of further assistance, please do not hesitate to contact us.

    Peter A. Moore, Jr., Clerk of Court

    Judith A. Barnard, Records Clerk

*Enclosure: 5-page Docket Sheet and Receipt*