RECEIVED
NOV 02 2023 (crossed out)
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

FILED
NOV 03 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___SAB___ DEP CLK
10/29/23

Attn Clerk,

Greetings. My name is Eric Charles Welton and I believe I have active business before this court. I am represented by the firm Dysart-Willis but have grown concerned with matters of transparency and communication. I feel the need to independently verify representations made on my behalf so as to assess the efficacy of counsel.

I would like copies of all documents and transcripts pertaining to my engagement with this court. I do not know best how to make this request in the absence of counsel and without access to information resources. If there is a proper procedure I would welcome it at

>   Eric Charles Welton -491780
>   Onslow County Detention Center
>   717 Court Street
>   Jacksonville North Carolina 28540

Results should also be mailed to the above. Fee payments or simple logistics can be arranged via my daughter, Eve Welton, at 512-954-1702 if such communication is appropriate or possible.

Thank you,

Eric C. Welton

Eric Welton
412 Meadow Ln
Charles City IA 50616

RALEIGH NC 275
Research Triangle Region
31 OCT 2023 PM 1 L

RECEIVED
NOV 02 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Clerk of Court
1003 South 17th St.
Wilmington NC 28401

RECEIVED
NOV 02 2023

MAILED FROM
ONSLOW COUNTY
DETENTION CENTER

X-RAYED
CSO

28401-803799