From: Eric Charles Welton — 491780
717 Court Street
Jacksonville NC 28540

5:23-CR-192-M-RN-1        1

FILED
NOV 20 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ SAB _____ DEP CLK

11/12/23

To: Office of the Clerk,

    Thank you so much for the prompt and conscientious response to my request. I should like documents 19, 20, 21, 22, 23, and 24. Eve Welton (512-954-1702) will handle payment as before.

    I expect these documents to be quite routine, however, as I have observed my attorney materially misrepresenting me to the prosecution I feel it prudent to double check all filings. Although it is likely of little consequence, I prefer simple honesty and see no cause for deception — I seek a copy of my passport, siezed in Lusaka, not for "sentimental" reasons — as represented — but for the evidentiary role it plays correcting false statements in document 15, attachment 4, my detention hearing, and for a potential role relative to adjustments in the federal sentencing guidelines and perhaps even ultimate culpability.

    If I may trouble you yet further; I may have to delay these proceedings a tad whilst I attend to some unfortunate 14th, 8th, 6th, and 1st amendment violations at Onslow County Detention Center. I would like the mailing address of the U.S. Marshall liaison responsible for OCDC relations in hopes of quickly and simply resolving the issues. Unfortunately, as my attorney is not responsive to my written instructions nor participatory in my case, I have had to build a defense network of friends, family, and foreign nationals. This network has gathered intelligence, such as records documenting my efforts to get a restraining order against the Republican campaigner stalking and harassing me in 2020. The local sheriff, Chris Thomas, and the OCDC administrator, Major Straughn, have blocked this network from delivering me

FILED
NOV 20 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

case related material over the safe and penologically secure digital mail system. My attorney tried, and failed, to resolve this issue in August but I have found that I have a much more substantial moral and ethical constitution and am better suited to contests of principle. I will file for continuations shortly - the recalcitrant facility only took decisive action on Nov 9th, the same day I received the docket file.

Lastly, I am concerned with clarifying the record - perhaps even more than the final disposition of this matter. The reason for this may seem odd, but where the defense and the prosecution's duty of candor is limited to the court, I perceive my duty of candor to extend much further and I understand my role as far more significant. Where the prosecution and the defense are mere cogs in the machine of the court it is the role of myself and the party alleging insult to sculpt the character of our nation and routinely advance the cause of human interest. We, the defendants, are the women confined to the second tier of society, the illegal lovers and bachelor companions never recognized, the 3/5ths of a person under the police man's boot. While this case is clearly not of superior stature, it does play a part in that grand narrative and it is both my duty and my honor to ensure the record is accurate, starting with document 15, attachment 4 and the subsequent hearing.

In fact I would have corrected the statements at the hearing had I been in a condition and a position to resist the judge's instruction to remain silent. Specifically, I wish to correct assertions that I was angered over the denial of my wife's visa and that my ethnically Thai adult U.S. Citizen

daughter lives in Thailand with us. This is simply not true - even though the denial was the first and only visa she has ever been denied including travel to Europe, Asia, Africa, South America, and even a United States "Green Card."

I was, however, upset at the racial character of the denial and the threat to strip my daughter of her citizenship and deport her to Thailand in an effort to ethnically cleanse Texas. I was upset by the lies told by the officer about the mechanics of the I-551, I-407, IR-visa, and his refusal to both accept the evidence in front of him and to consult the records of his own office when assisting the family of a USMC veteran in that veteran's hour of need. I was most upset by the use of consular nonreviewability to shield the officer from accountability and to block all avenues of legal recourse. I continue to grow frustrated with the state for its ludicrous actions in detaining me whilst on a self-funded humanitarian project in Zambia and not, for example, in December, when I presented myself to the consulate for arrest at a time and in a situation that was convenient to me and my family. The willingness of the state to embrace severe distortions of history rivals that of the 2020 Republican campaign which went so far as to send me a pre-filled false ballot, encouraging me to place a second vote under false pretenses - claiming that my earlier mail-in ballot had been discarded.

As we approach 5 months of detention it has become clear to me that there may be no substantial discussion of my case, no establishment of facts or assembly of evidence, and no correction

of the record unless I mount a vigorous solo campaign. As near as I can tell, I am expected to sit quietly while the de-facto partnership of Dysart-Willis & Warlick author a work of fiction which, if I sign, will purchase my freedom with a currency of lies. Perhaps I simply misunderstand the process. Will I soon have a substantive discussion about my case? Will I gain visibility into the government's claims against me - such as, for example, the identities of the offended parties and the nature of their inter-relations - as this is integral to my defense.

I do apologize if I overstep, but as I noted, I take these matters seriously and I seek effective counsel wherever I can find it. I have waited patiently for almost five months and am eager to discuss the matters before us. I perceive the issues to be:

- do presidential campaign 1st amendment rights trump a citizens base rights to life and health as asserted by the ~~Iowa~~ state's attorney when I first began to resist the Republican assault which I, in my capacity at the time, felt was life threatening and psychologically rapacious
- how does one pierce the blockade of consular nonreviewability when one's family is attacked, and continues to be attacked by ill principled and unscrupulous officers of a rogue consular outpost with a history of illegal activities against your family dating back over a decade.

Thank you again for your kind, courteous, conscientious, competent, and professional consideration. I look forward to the documents, address, and any guidance.

Kind regards,

Eric Charles Welton