Eric Charles Williams
717 Court Street
Jacksonville NC 28540

RALEIGH NC 275



RECEIVED United States District Court
NOV 20 2023  Office of the Clerk
PETER A. MOORE JR., CLERK  PO Box 25670
US DISTRICT COURT, EDNC  Raleigh NC 27611

MAILED FROM
ONSLOW COUNTY
DETENTION CENTER

