UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00192-M-RN-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **NOTICE** |
| ERIC CHARLES WELTON, | ) | |
| | ) | |
| Defendant. | ) | |

Undersigned retained counsel for Defendant Eric Charles Welton respectfully provides Notice to the Court in advance of Defendant's scheduled Arraignment in the above referenced matter. Undersigned counsel respectfully brings the following to the Court's attention:

1. By previous order of this Court, Defendant's Arraignment is scheduled for December 13, 2023.

2. Undersigned counsel traveled to the Onslow County Jail to meet with the Defendant on the date of this motion. Undersigned counsel was informed by a member of the jail staff that the Defendant refused to meet with undersigned counsel.

3. As a direct result of Defendant's refusal to meet and the specific language of Defendant's *pro se* filing,

*see* DE 26, undersigned counsel believes it may ultimately be necessary for the Court to continue the Defendant's Arraignment, as undersigned counsel has been unable to ascertain the Defendant's intended course.

4. However, in light of Defendant's refusal to meet and the specific language of Defendant's *pro se* filing, *see* DE 26, undersigned counsel believes it may be necessary for the Court to inquire directly of the Defendant regarding the status of undersigned counsel's ongoing representation in open Court.

5. If appropriate, after such inquiry by the Court, undersigned counsel will be prepared to orally move for a continuance in open Court.

6. Undersigned counsel has informed the Assistant United States Attorney, Lori Warlick, that he intended to file this Notice with the Court.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]

WHEREFORE, undersigned counsel respectfully provides this Notice to this Court and respectfully requests that the Court inquire of the Defendant regarding the status of undersigned counsel.

This, the 4th day of December, 2023.

DYSART WILLIS, PLLC

By: /s/ Geoffrey Ryan Willis       /s/ Christian E. Dysart
    GEOFFREY RYAN WILLIS           CHRISTIAN E. DYSART
    N.C. State Bar No. 33004       N.C. State Bar No. 36734
    ryan@dysartwillis.com          christian@dysartwillis.com
    530 Hillsborough St., Suite 200  530 Hillsborough St., Suite 200
    Raleigh, NC 27603              Raleigh, NC 27603
    Telephone: (919) 747-8380      Telephone: (919) 747-8380
    Facsimile: (919) 882-1222      Facsimile: (919) 882-1222
    *RETAINED ATTORNEY FOR*        *RETAINED ATTORNEY FOR*
    *DEFENDANT*                    *DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

>Lori B. Warlick
>Assistant United States Attorney
>United States Attorney's Office
>Eastern District of North Carolina
>150 Fayetteville St., Suite 2100
>Raleigh, North Carolina 27601
>Email: lori.b.warlick@usdoj.gov

This, the 4th day of December, 2023.

>>DYSART WILLIS, PLLC

>>By: /s/ Christian E. Dysart
>>>CHRISTIAN E. DYSART
>>>N.C. State Bar No. 36734
>>>Email: christian@dysartwillis.com
>>>530 Hillsborough St., Suite 200
>>>Raleigh, NC 27603
>>>Telephone: (919) 747-8380
>>>Facsimile: (919) 882-1222
>>>*RETAINED ATTORNEY FOR DEFENDANT*