FILED
DEC 08 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY \_\_\_mB\_\_\_ DEP CLK

4-Dec-2023

Motion for continuance 5:23-cr-192-M-RN

The defendant seeks an indefinite continuance, or a definite continuance of two months to attend to the following:

1) The just cause of restoring information flow essential to the defense. On Nov. 9th Onslow County Sheriff Chris Thomas and his subordinates and subcontractors illegally halted the flow of information between the defendant and his non-counsel defense network via the United States Postal Service, thereby violating the defendant's 14th, 8th, 6th, and 1st amendment rights. The defendant is pursuing restoration of his rights under United States Code Title 42 Section 1983 for the purpose of continuing this action with full access to all exculpatory evidence.

2) The just cause of assessing the efficacy of the current defense counsel's assistance as well as their ethics and potential political conflicts of interest vis-à-vis:
   a) suspected material misrepresentation of the defendant's interests and position
   b) violation of the principal-agent nature of the counseled/counsel engagement
   c) failure to satisfactorily pursue exculpatory lines of evidence, reasonably present the defendant with available legal options, and generally act

with due diligence.
Taken in their union the defendant requires a minimum of two months to satisfactorily prepare to begin substantive negotiations with the prosecution and seek expeditious resolution to this matter before the court.