4 Dec-2023

Attn Clerk,

Please file the attached motion regarding case 5:23-CR-192-M-RN and contact Eve Welton at 512-954-1702 to arrange payment of any filing fees. I am being deprived access to the courts by Sheriff Chris Thomas of Onslow County, who appears to honor county ties of brotherhood, family, and clan before the legal restrictions of the constitution and its amendments. Together with an enforcer squad led by Officer Fischer, the Sheriff has used threat of violent action to block me from accessing prior documents from my case, as well as the grievance process required to address the blockage in preparation for, and possible avoidance of, USC Title 42 Section 1983 filing.

I have struggled under these conditions to establish auditable communications with defense counsel, itself suspected of operating under sway of those same ties of Southern brotherhood, family, and clan associations — and with the U.S. Marshals service, a potential voice of constitutional sensibility, the May 30th Georgia homicide threats not withstanding.

Under these conditions I have endeavored to assert

the attached motion for continuance, which should
purchase sufficient time to stabilize the unfortunate
situation with the local Sheriff and his band of
lawless thugs. Please understand any procedural
errors in this light, as I have been unable to
auditably coordinate with counsel and unable to
access court and case material – both due to
Sheriff Thomas's blockade.

Thank you,

Eric Charles Welton

p.s. the smudge is coffee, please do not be alarmed – as I have to hide from
the sheriff and work in secret, things be challenging.