Eric [illegible]
US [illegible] District Center Onslow County Jail
P.O. Box 910
Jacksonville, NC 28540

United States District Court
Office of the Clerk
PO Box 25670
Raleigh, NC 27611

RECEIVED
DEC 08 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

MAILED
ONSLOW COUNTY
DETENTION CENTER

RALEIGH NC 275
Research Triangle Region
4 DEC 2023 PM 1 L


FOREVER USA
PURPLE HEART


Happy Holidays

RALEIGH NC 275
Research Triangle Region
4 DEC 2023 PM 1 L

Happy Holidays