FILED
DEC 08 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Letter #3
5:23-CR-192-M-RN-1

30-Nov-2023

Attn Clerk,

Greetings, I am writing to confirm that my new counsel defense network has successfully notified me of a change of court date to 13-Dec-2023. Defense counsel has not acknowledged either of two sets of written instructions communicated to them, but Dysart-Willis is "reliably unreliable" in this matter and typically exploit our family situation (cancer, international) to their maximum benefit and protection in this regard. Those instructions inform counsel that a December appearance serves no defense purpose other than the delivery of motions - but if the court or prosecution requires my presence, I am happy to oblige. I am still hoping to begin discussions with the prosecution regarding resolution sans trial.

I understand that additional documents were paid for on 20-Nov-2023 and that this appearance was changed on 22-Nov-2023 and once again after that. Please understand that I am also being held under some form of partial and confused "postal blockade" by Onslow County Sheriff Chris Thomas. Local attempts to resolve this issue have exposed a broken grievance process and a violent, lawless undercurrent within the Onslow County Detention Center. It is imperative to establish communication with the U.S. Marshal service as soon as possible. Corrupt law enforcement is dangerous, and this parallels my experience on May 30th

when U.S. Marshals, in Georgia, expressed a desire to effect my execution pre-trial via a third party and with complete plausible deniability.

I mention the above in hopes that you might be able to expedite having the U.S. Marshal service contact me. I was hoping to write the Marshal, but with myself under imminent threat and my defense counsel incommunicado, and with my inability to contact the Marshal service, you might be able to initiate communication required to restore reasonable detention and the reasonable flow of information so as to coordinate effective use of the courts time.

Please also send copies of all paperwork filed since my last request. Eve can be contacted for payment at 512-954-1722. Also, review of the Onslow County Detention Center mail rules indicate that you do not qualify as an authorized source of legal mail. Please send documents to

    Eric Charles Welton - 491780
    c/o Securus Digital Mail Center - Onslow County Jail
    P.O. Box 650
    Lebanon MO. 65536

For processing and destruction.
Thank you,
Eric Charles Welton