Eric Charles Welton
c/o Securus Digital Mail Center - Onslow County Jail
P.O. Box 650
Lebanon MO 65536

RALEIGH NC 275
Research Triangle Region
1 DEC 2023 PM 6 L



MAILED FROM -
ONSLOW COUNTY
DETENTION CENTER

United States District Court
Office of the Clerk
P.O. Box 25670
Raleigh N.C. 27611

RECEIVED

DEC 08 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

