```
                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                           WESTERN DIVISION

                           5:23-CR-192-M
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW AS |
| | ) | ATTORNEYS OF RECORD |
| ERIC CHARLES WELTON | ) | |
| | ) | |

Now comes the law firm Dysart Willis, through undersigned counsel, Christian E. Dysart ("Dysart"), moving this Court for an Order allowing G. Ryan Willis, Meredith Pace Brewer, Dysart, and the firm Dysart Willis to withdraw as attorneys of record in the above-captioned matter and that the Defendant be assigned appointed substitute counsel. Undersigned counsel makes this Motion as the firm Dysart Willis, Willis, Brewer, and he are ethically prohibited from further representing the above-referenced Defendant in this matter because of a complete breakdown in attorney-client communication and that their continued representation is not in the Defendant's best interest.

In support of this Motion, undersigned counsel draws the Court's attention to the Defendant's *pro se* filings and the

Defendant's oral confirmation that he seeks new counsel made in open court on the date of this Motion. Undersigned counsel will remain available to substitute counsel as needed to aid in a smooth transition. This motion is made in good faith, and not for purposes of delay.

WHEREFORE, undersigned, retained counsel, Christian E. Dysart, respectfully moves this Court for an Order allowing the firm Dysart Willis, G. Ryan Willis, Meredith Pace Brewer, and him to withdraw as attorneys of record in the above-captioned matter and that the Defendant be assigned appointed substitute counsel.

This, the 13th day of December, 2023.

                                       DYSART WILLIS

                                By:   /s/ Christian E. Dysart

                                       CHRISTIAN E. DYSART
                                       N.C. State Bar NO. 36734
                                       E-mail: christian@dysartwillis.com
                                       507 N. Blount St.
                                       Raleigh, NC 27604
                                       Telephone: (919) 747-8380
                                       Facsimile: (919) 882-1222

                                       RETAINED ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Lori B. Warlick
>Assistant United States Attorney
>U.S. Attorney's Office
>150 Fayetteville Street, Suite 2100
>Raleigh, NC 27601
>919-856-4530

This, the 13th day of December, 2023.

>DYSART WILLIS
>By: /s/ Christian E. Dysart
>
>CHRISTIAN E. DYSART
>N.C. State Bar NO. 36734
>E-mail: christian@dysartwillis.com
>507 N. Blount St.
>Raleigh, NC 27604
>Telephone: (919) 747-8380
>Facsimile: (919) 882-1222
>
>RETAINED ATTORNEY FOR DEFENDANT