```
                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION

                         No. 5:23-CR-192-M
```

UNITED STATES OF AMERICA         )
                                 )
     v.                          )
                                 )           **ORDER**
ERIC CHARLES WELTON,             )
                                 )
          Defendant.             )

This matter is before the Court on a Motion to Withdraw as Attorney of Record by Defendant's counsel, Geoffrey Ryan Willis, Christian E. Dysart and Meredith Pace Brewer, in the above-referenced matter. For good cause shown, this Motion is GRANTED. It is hereby ORDERED that Geoffrey Ryan Willis, Christian E. Dysart, and Meredith Pace Brewer are withdrawn and no longer attorneys of record for the above-referenced matter. The Public Defender for the Eastern District of North Carolina is Ordered to appoint substitute counsel.

**SO ORDERED.** This _____ day of _____, 2023.

_____
                                    Richard E. Myers, II
                         United States Chief District Judge