IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00192-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC CHARLES WELTON,

    Defendant.

ORDER

This matter comes before the court on Geoffrey Ryan Willis, Christian E. Dysart and Meredith Pace Brewer's motion to withdraw as counsel of record [DE 31]. For good cause shown, the motion is GRANTED. The court terminates the moving attorneys' representation of Defendant in this matter. The Federal Public Defender's Office shall appoint substitute counsel.

SO ORDERED this 15th day of December, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE