IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00192-M-RJ-1

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | NOTICE OF APPEARANCE |
| | : | (CJA Panel Attorney) |
| ERIC CHARLES WELTON | : | |

NOW COMES the undersigned counsel, a CJA panel attorney duly appointed by the Federal Public Defender in this matter, and hereby enters this Notice of Appearance as appointed counsel of record on behalf of Eric C. Welton.

Respectfully submitted, this the 18th day of December, 2023.

    SCOTT L. WILKINSON & ASSOCIATES, P.C.

BY:   /s/ Scott L. Wilkinson
        N.C. State Bar No. 14431
        CJA Appointed Counsel for Eric C. Welton
        2802 Anderson Drive, Suite 101
        Raleigh, N.C. 27608-1506
        Telephone: (919) 614-4944

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this the 18th day of December, 2023, electronically filed the foregoing Notice with the Clerk of Court using CM/ECF system which will send notification of the same to the United States, as follows:

    Lori B. Warlick
    Assistant United States Attorney

        /s/ Scott L. Wilkinson
        CJA Appointed Counsel for Eric C. Welton