IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00192-M-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| ERIC CHARLES WELTON | : | |

This matter having come before the court on the defendant's motion to suspend, or hold in abeyance, its order, entered on December 15, 2023 (D.E. 33), directing the defendant submit to a psychiatric/psychological examination, for good cause shown, the motion is granted and the order is hereby held in abeyance.

The U.S. Marshal is directed not to transfer the defendant to FMC Butner, except upon further order of this court.

The court will enter a separate order scheduling this matter for hearing.

SO ORDERED, this the _____ day of December , 2023.

_____
RICHARD E. MYERS II
Chief United States District Judge