IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00192-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC CHARLES WELTON,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's motion to suspend the court's examination order [DE 35]. Defendant, through counsel, requests that the court suspend, or hold in abeyance, the court's order requiring him to submit to a psychiatric examination pursuant to 18 U.S.C. § 4241. For good cause shown, the motion is GRANTED. The court's order [DE 33] is HELD IN ABEYANCE. The U.S. Marshal is directed not to transfer Defendant to FMC Butner, except upon further order of this court. The court shall hear this matter on January 8, 2024 at 3:00 p.m. in Courtroom 1, Alton Lennon Federal Building, Wilmington.

The court has determined that the ends of justice outweigh the best interests of the public and Defendant in a speedy trial. The delay occasioned by this order shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED this 29th day of December 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE