IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00192-M-RN-1

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | ORDER |
| | : | |
| ERIC C. WELTON | : | |

This matter, having come before the Court on the motion of the defendant, without objection by the United States, to reset the time to file pretrial motions to February 24, 2024 and to continue the arraignment from the February 13, 2024 term of court, for good cause shown, the motion is allowed.

WHEREFORE, it is ordered that the time for filing pretrial motions is extended to February 24, 2024, with responses due by February 7, 2024, and that the arraignment in this matter is continued to the Court's _____ 2024 term of court.

FURTHER, for the reason set forth in the motion, the Court has determined that the ends of justice served by the granting of this motion outweigh the defendant's best interests and those of the public in a speedy trial. The period of delay occasioned by the granting of this motion shall be excluded in computing the time in which the trial must commence, pursuant to 18 U.S.C. §§ 3161(b)(1)(D) and (h)(7).

SO ORDERED.

This the _____ day of January, 2024.

_____
RICHARD E. MYERS, II
Chief United States District Judge