IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00192-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC WELTON,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion to continue his arraignment and reset pretrial motions deadlines [DE 40]. For good cause shown, the motion is GRANTED. Defendant shall be allowed until February 23, 2024 to file pretrial motions. Any responses shall be filed by March 8, 2024. Defendant's arraignment is continued until the March 12, 2024 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 26th day of January, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE