IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00192-M-RN-1

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | ORDER |
| | : | |
| ERIC C. WELTON | : | |

This matter, having come before the Court on the first motion of the defendant to extend the time to file pretrial motions to March 8, 2024 and his second to continue the arraignment from March 13, 2024, without objection by the United States, for good cause shown, the motion is allowed.

WHEREFORE, it is ordered that the time for filing pretrial motions is extended to March 8, 2024, with responses due by March 22, 2024, and that the arraignment in this matter is continued to the Court's _____ 2024 term of court.

FURTHER, for the reason set forth in the motion, the Court has determined that the ends of justice served by the granting of this motion outweigh the defendant's best interests and those of the public in a speedy trial. The period of delay occasioned by the granting of this motion shall be excluded in computing the time in which the trial must commence, pursuant to 18 U.S.C. §§ 3161(b)(1)(D) and (h)(7).

SO ORDERED.

This the _____ day of February, 2024.

_____
RICHARD E. MYERS, II
Chief United States District Judge