Eric Charles Welton
Columbus County Detention Center
P.O. Box 280
Whiteville NC 28472

RALEIGH NC 275
Research Triangle Region
2 APR 2024 PM 6 L



RECEIVED

APR - 4 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Clerk's Office
United States District Court
P.O. Box 25670
Raleigh NC 27611

MAILED FROM
COLUMBUS COUNTY
DETENTION CENTER

27611-567070

