IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00192-M-RN-1

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CONSENT MOTION |
| v. | : | TO CONTINUE ARRAIGNMENT |
| | : | |
| ERIC C. WELTON | : | |

NOW COMES Eric C. Welton, by and through the undersigned counsel, and moves the Court, with the government's consent, and consistent with the *pro se* motion for continuance filed this date by Welton (D.E. 45), to continue the arraignment in this matter from April 10, 2024 for a period of 30 days to allow Welton time to review additional materials requested by Welton which the government has generously made available, to conclude discussions regarding a pretrial resolution of the charges, and to otherwise prepare for the arraignment.

Welton agrees that the ends of justice served by the granting of this motion, for the reasons set forth above, outweigh his best interests and those of the public in a speedy trial and that the period of delay occasioned by the granting of this motion should be excluded in computing the time in which the trial must commence, pursuant to 18 U.S.C. §§ 3161(b)(1)(D) and (h)(7).

WHEREFORE, for the reasons set forth above, Welton respectfully requests the arraignment in this matter be continued from April 10, 2024 to a term of court in May 2024, or thereafter, in the Court's discretion.

Respectfully submitted, this the 4th day of April, 2024.

SCOTT L. WILKINSON & ASSOCIATES, P.C.

BY: /s/ Scott L. Wilkinson
N.C. State Bar No. 14431
CJA Appointed Counsel for Eric C. Welton
2802 Anderson Drive, Suite 101
Raleigh, N.C. 27608-1506
Telephone: (919) 614-4944

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 4th day of April, 2024, electronically filed the foregoing Consent Motion to Continue Arraignment with the Clerk of Court using the CM/ECF system which will send notification of the same to the United States, as follows:

Lori B. Warlick
Assistant United States Attorney

/s/ Scott L. Wilkinson
CJA Appointed Counsel for Eric C. Welton