IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00192-M-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| ERIC C. WELTON | : | |

This matter, having come before the Court on the motion of the defendant, with the consent of the government, to continue the arraignment in this matter from April 10, 2024, for good cause shown, the motion is allowed.

WHEREFORE, it is ordered that the arraignment and trial in this matter is continued to the _____, 2024 term of court.

The Court finds that the ends of justice served by the granting of the motion, for the reasons set forth in the motion, and in the *pro se* motion for continuance filed by the defendant, outweigh the best interest of the defendant and those of the public in a speedy trial and that the period of delay occasioned by the granting of this motion shall be excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7).

SO ORDERED, this the \_\_\_\_ day of April, 2024.

_____
Richard E. Myers II
Chief United States District Judge