Eric Charles Welton
Columbus County Detention Center
P.O. Box 280
Whiteville NC 28472

RALEIGH NC 275
Research Triangle Region
16 APR 2024 PM 1 L



Clerk's Office
United States District Court
P.O. Box 25670
Raleigh NC 27611

MAILED FROM
COLUMBUS COUNTY
DETENTION CENTER

RECEIVED
APR 19 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

27611-567070

