UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00192-M-RN

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| | ) | |
| ERIC CHARLES WELTON | ) | |

PLEASE TAKE NOTICE that the undersigned attorney, Nardine Mary Guirguis, has been retained and will be representing the defendant, Eric Charles Welton, in all matters at the trial level of the above-entitled matter.

This 6th day of May 2024.

                                              GUIRGUIS LAW, PA

                                              /s/ Nardine Mary Guirguis
                                              Nardine Mary Guirguis
                                              Attorney for the Defendant
                                              434 Fayetteville St., Suite 2140
                                              Raleigh, North Carolina 27601
                                              Telephone: (919) 832-0500
                                              nardine@guirguislaw.com

                                              *Designation: Retained*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorneys for the United States by electronic transmission as indicated below:

>Lori B. Worlick
>United States Attorney's Office - EDNC
>150 Fayetteville Street, Suite 2100
>Raleigh, NC 27601
>919-856-4286
>Email: lori.b.worlick@usdoj.gov

This 6th day of May 2024.

>GUIRGUIS LAW, PA

>/s/ Nardine Mary Guirguis
>Nardine Mary Guirguis