IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00192-M-RN-1

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | MOTION TO WITHDRAW |
| | : | AS COUNSEL |
| ERIC C. WELTON | : | |

The undersigned CJA Appointed counsel respectfully moves the Court for an order allowing the same to withdraw as counsel of record for Eric C. Welton as the defendant has now retained counsel who has filed a notice of appearance in this matter (D.E. 48).

WHEREFORE, the undersigned CJA Appointed counsel respectfully moves the Court for an order allowing the undersigned to withdraw as counsel for Welton.

Respectfully submitted, this the 6th day of May, 2024.

SCOTT L. WILKINSON & ASSOCIATES, P.C.

BY: /s/ Scott L. Wilkinson
N.C. State Bar No. 14431
CJA Appointed Counsel for Eric C. Welton
2802 Anderson Drive, Suite 101
Raleigh, N.C. 27608-1506
Telephone: (919) 614-4944

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this the 6th day of May, 2024, electronically filed the foregoing Motion to Withdraw with the Clerk of Court using the CM/ECF system which will send notification of the same to the United States, as follows:

Lori B. Warlick
Assistant United States Attorney

/s/ Scott L. Wilkinson
CJA Appointed Counsel for Eric C. Welton