IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00192-M-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| ERIC C. WELTON | : | |

This matter, having come before the Court on the motion of Scott L. Wilkinson, CJA Appointed counsel for the defendant, to withdraw as counsel of record in this matter as the defendant has now retained counsel who has filed a notice of appearance in this matter, for good cause shown, the motion is allowed.

SO ORDERED.

This the ____ day of May, 2024.

_____
Richard E. Myers II
Chief United States District Judge