UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00192-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | MOTION TO CONTINUE |
| v. | ) | ARRAIGNMENT |
| | ) | |
| | ) | |
| ERIC CHARLES WELTON | ) | |

NOW COMES Defendant, Eric Charles Welton, by and through undersigned counsel, Nardine Mary Guirguis, and moves this Honorable Court for an order continuing the arraignment in the above referenced case. Defendant respectfully shows unto this Honorable Court the following in support of this motion:

1. Undersigned counsel filed her notice of appearance today on May 6, 2024, and thereafter, filed her request for discovery.

2. Currently, arraignment is set for May 8, 2024, at 10:00 AM before the Honorable Chief District Court Judge Richard E. Myers, II.

3. Undersigned counsel has consulted with Mr. Welton's appointed counsel Scott Wilkinson who apprised undersigned that there is currently no plea agreement or formal plea offers from the government currently in place or pending.

4. Attorney Wilkinson also informed undersigned that there are several matters which would need to be reviewed and researched; thus, making it further prudent for the defense to promptly and respectfully request for this matter to be continued until such can be properly completed.

5. Moreover, undersigned counsel contacted Assistant United States Lori B. Worlick for her position, and she does not object to a sixty-day continuance.

1

6. Additionally, it is apparent that Docket Entry [D.E.] No. 47 is moot for purposes of assigning appointed counsel given undersigned counsel's entry of her Notice of Appearance in D.E. No. 48.

7. This motion is made in good faith and not for purposes of delay but is sought to afford Defendant his rights pursuant to the Fifth and Sixth Amendments of the United States Constitution. Additionally, neither the Government nor Defendant would be prejudiced by a continuance of the arraignment.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order continuing arraignment to the July term of court. This extension of time is to be excluded from the computation under the Speedy Trial Act. The ends of justice served by this motion outweigh the interest of the public and Defendant in a speedy trial.

Respectfully submitted, this 6th day of May 2024.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
434 Fayetteville Street, Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
Facsimile: (919) 246-9500
nardine@guirguislaw.com

*Designation: Retained*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States via the CM/ECF filing system to the electronic mail address below:

> Lori B. Worlick
> United States Attorney's Office - EDNC
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601
> 919-856-4530
> Email: Lori.b.worlick@usdoj.gov

This 6th day of May 2024.

> GUIRGUIS LAW, PA
>
> /s/ Meaghan O'Connor
> Meaghan O'Connor
>
> *Retained*