UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-00192-M

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| ERIC CHARLES WELTON | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Continue Arraignment. For good cause shown, Defendant's motion is GRANTED. Defendant's arraignment is continued until the _____ 2024 term of court. The Court has determined that the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting the motion shall therefore be excluded in computing Defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7).

MOREOVER, Docket Entry Number 47, Motion to Appoint New Counsel, filed pro se by the Defendant in this matter is at this time moot and will be _____, as it was effectively withdrawn by the Defendant via his counsel upon her entry of appearance in Docket Entry Number 48.

This _____day of _____, 2024.

_____
THE HONORABLE RICHARD E. MYERS, II
CHIEF UNITED STATES DISTRICT JUDGE