IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-192

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC C. WELTON,

    Defendant.

ORDER

This matter comes before the court on defense counsel Scott L. Wilkinson's motion to withdraw as counsel of record [DE 50]. For good cause shown, the motion is GRANTED. The court terminates the moving attorney's representation of Defendant.

SO ORDERED this 7th day of May, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE