UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00192-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | MOTION TO CONTINUE |
| v. | ) | ARRAIGNMENT |
| | ) | |
| | ) | |
| ERIC CHARLES WELTON | ) | |

NOW COMES Defendant, Eric Charles Welton, by and through undersigned counsel, Nardine Mary Guirguis, and moves this Honorable Court for an order continuing the arraignment in the above referenced case. Defendant respectfully shows unto this Honorable Court the following in support of this motion:

1. Undersigned counsel filed her notice of appearance on May 6, 2024.

2. Currently, arraignment is set for August 7, 2024, at 10:00 AM before the Honorable Chief District Judge Richard E. Myers, II.

3. Undersigned must be present for a federal trial in Raleigh beginning on August 7, 2024, and cannot attend Mr. Welton's arraignment.

4. To ensure undersigned's presence at his arraignment, Mr. Welton is respectfully requesting a thirty-day continuance to the September 10, 2024, term of court.

5. Undersigned contacted Assistant United States Attorney Lori B. Warlick for her position, and she does not object to a continuance.

6. This motion is made in good faith and not for purposes of delay but is sought to afford Defendant his rights pursuant to the Fifth and Sixth Amendments of the United States Constitution. Additionally, neither the Government nor Defendant would be prejudiced by a continuance of the arraignment.

1

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order continuing arraignment to the September 10, 2024, term of court. This extension of time is to be excluded from the computation under the Speedy Trial Act. The ends of justice served by this motion outweigh the interest of the public and Defendant in a speedy trial.

Respectfully submitted, this 25th day of July 2024.

        GUIRGUIS LAW, PA

        <u>/s/ Nardine Mary Guirguis</u>
        Nardine Mary Guirguis
        434 Fayetteville Street, Suite 2140
        Raleigh, North Carolina 27601
        Telephone: (919) 832-0500
        Facsimile:  (919) 246-9500
        nardine@guirguislaw.com

        *Designation: Retained*

2

Case 5:23-cr-00192-M-RN   Document 54   Filed 07/25/24   Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States via the CM/ECF filing system to the electronic mail address below:

> Lori B. Warlick
> United States Attorney's Office - EDNC
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601
> 919-856-4530
> Email: Lori.b.warlick@usdoj.gov

This 25th day of July 2024.

> GUIRGUIS LAW, PA
>
> /s/ Nardine Mary Guirguis
> Nardine Mary Guirguis
>
> *Retained*