IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-192

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| ERIC C. WELTON, | |
| Defendant. | |

This matter comes before the court on Defendant's unopposed motion to continue his arraignment [DE 54]. For good cause shown, the motion is GRANTED. Defendant's arraignment is continued until the September 10, 2024 term of court. The court has determined that the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting the motion shall therefore be excluded in computing Defendant's speedy-trial time. See 18 U.S.C. § 3161(h)(7).

SO ORDERED this 29th day of July, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE