UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00192-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | MOTION TO CONTINUE |
| v. | ) | ARRAIGNMENT |
| | ) | |
| | ) | |
| ERIC CHARLES WELTON | ) | |

NOW COMES Defendant, Eric Charles Welton, by and through undersigned counsel, Nardine Mary Guirguis, and moves this Honorable Court for an order continuing the arraignment in the above referenced case. Defendant respectfully shows unto this Honorable Court the following in support of this motion:

1. Undersigned counsel filed her notice of appearance on May 6, 2024.

2. Currently, arraignment is set for September 17, 2024, at 10:00 AM before the Honorable Chief District Judge Richard E. Myers, II.

3. Undersigned is continuing to review the discovery in this case with Mr. Welton and research several legal issues that could impact the outcome of this matter. The parties are also engaging in negotiations but have yet to reach a formal plea agreement. If and when one is received, undersigned will require additional time to explain its contents and impact to Mr. Welton.

4. To ensure he is fully apprised of the status of his case and all options are exhausted before entering a plea, Mr. Welton is respectfully requesting a thirty-day continuance of his arraignment to a mid-October 2024 term of court.

5. Undersigned contacted Assistant United States Attorney Lori B. Warlick, and she does not object to a continuance.

1

6. This motion is made in good faith and not for purposes of delay but is sought to afford Defendant his rights pursuant to the Fifth and Sixth Amendments of the United States Constitution. Additionally, neither the Government nor Defendant would be prejudiced by a continuance of the arraignment.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order continuing arraignment to a mid-October 2024 term of court. This extension of time is to be excluded from the computation under the Speedy Trial Act. The ends of justice served by this motion outweigh the interest of the public and Defendant in a speedy trial.

Respectfully submitted, this 5th day of September 2024.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
434 Fayetteville Street, Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
Facsimile: (919) 246-9500
nardine@guirguislaw.com
N.C. Bar No. 35319

*Designation: Retained*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States via the CM/ECF filing system to the electronic mail address below:

>Lori B. Warlick
>United States Attorney's Office - EDNC
>150 Fayetteville Street, Suite 2100
>Raleigh, NC 27601
>919-856-4530
>Email: Lori.b.warlick@usdoj.gov

This 5th day of September 2024.

>GUIRGUIS LAW, PA
>
>/s/ Nardine Mary Guirguis
>Nardine Mary Guirguis
>
>*Retained*