IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00192-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC CHARLES WELTON,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed Motion to Continue his Arraignment. [DE 60]. For good cause shown, the motion is GRANTED. Defendant's arraignment is continued until the January 7, 2025 term of court. The court has determined that the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting the motion shall therefore be excluded in computing Defendant's speedy-trial time. See 18 U.S.C. § 3161(h)(7).

SO ORDERED this 12th day of November, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE