UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00192-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | MOTION TO CONTINUE |
| v. | ) | ARRAIGNMENT |
| | ) | |
| | ) | |
| ERIC CHARLES WELTON | ) | |

NOW COMES Defendant, Eric Charles Welton, by and through undersigned counsel, Nardine Mary Guirguis, and moves this Honorable Court for an order continuing the arraignment in the above referenced case. Defendant respectfully shows unto this Honorable Court the following in support of this motion:

1. Undersigned counsel filed her notice of appearance on May 6, 2024.

2. Currently, arraignment is set for March 11, 2025, at 10:00 AM in Wilmington, North Carolina before Chief Judge Richard E. Myers, II.

3. Undersigned must be present for a federal hearing on March 11, 2025, in Raleigh, North Carolina and cannot attend arraignment.

4. To ensure undersigned's presence at his arraignment, Mr. Welton is respectfully requesting a thirty-day continuance to the April 14, 2025, term of court.

5. Undersigned contacted Assistant United States Attorney Lori B. Warlick, and she does not object to a continuance.

6. This motion is made in good faith and not for purposes of delay but is sought to afford Defendant his rights pursuant to the Fifth and Sixth Amendments of the United States Constitution. Additionally, neither the Government nor Defendant would be prejudiced by a continuance of the arraignment.

1

WHEREFORE, Defendant respectfully requests that this Court enter an order continuing arraignment for thirty days to the April 14, 2025, term of court. This extension of time is to be excluded from computation under the Speedy Trial Act. The ends of justice served by this motion outweigh the interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted this 6th day of March 2025.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
434 Fayetteville Street, Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
Facsimile: (919) 246-9500
nardine@guirguislaw.com
N.C. Bar No. 35319

*Designation: Retained*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States via the CM/ECF filing system to the electronic mail address below:

> Lori B. Warlick
> United States Attorney's Office - EDNC
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601
> 919-856-4530
> Email: Lori.b.warlick@usdoj.gov

This 6th day of March 2025.

> GUIRGUIS LAW, PA
>
> /s/ Nardine Mary Guirguis
> Nardine Mary Guirguis
>
> *Retained*