IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00192-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC CHARLES WELTON,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Waive Presentence Report and be Sentenced at Arraignment. [DE 70]. After careful review, the motion is DENIED without prejudice to Defendant seeking pre-sentencing release at the conclusion of the April 7, 2025, arraignment hearing.

SO ORDERED this 1st day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE