UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00192-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) ADDENDUM TO PREVIOUSLY FILED |
| v. | ). SENTENCING MEMORANDUM |
| | ) |
| | ) |
| ERIC CHARLES WELTON | ) |

NOW COMES Defendant, Eric Charles Welton, by and through undersigned counsel, and respectfully submits the following Addendum to his previously filed sentencing memorandum to further supplement the record and provide this Honorable Court with additional information regarding the factors under 18 U.S.C. § 3553(a).

As referenced in the previously filed Sentencing Memorandum, Mr. Welton resided in Thailand for a substantial period of time. While there he had flourished and consequently ensured that those around him, and not just his family, but community at large, thrived alongside him and his family. This is corroborated within the attached Character Letters, which are attached herein; that is, within the corresponding docket entry.

Respectfully submitted this 2nd day of July 2025.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
434 Fayetteville Street, Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
Facsimile: (919) 246-9500
nardine@guirguislaw.com
N.C. Bar No. 35319

*Designation: Retained*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States via the CM/ECF filing system to the electronic mail address below:

>Lori B. Warlick
>United States Attorney's Office - EDNC
>150 Fayetteville Street, Suite 2100
>Raleigh, NC 27601
>919-856-4530
>Email: Lori.b.warlick@usdoj.gov

This 2nd day of July 2025.

>GUIRGUIS LAW, PA
>
>/s/ Nardine Mary Guirguis
>Nardine Mary Guirguis
>
>*Retained*