To the US Consulate General Chiang Mai,

My name is Hunter Cain, I am an American combat vet and long-term resident of Pai. My wife (Thai National) and I own two businesses, are in the final stage of completing our dream home, and have a baby on the way that is due in early May. I am writing on behalf of my adopted parents (unofficially) Eric and Aoy Welton. It comes to our attention that the US Consulate General is putting pressure on Thai Immigration to revoke Eric's visa after a failure in communication in regards to his wife's visa application to the US to go see his dying father.

Aoy and Eric are pillars of this community and have a far-reaching positive influence here in Pai. I know other letters have been sent on his behalf in regards to this. I will give you my personal experiences with him. For me personally, they provided us the necessary resources to get through covid when oil bottomed out and I lost my income. I owe them my entire current existence in Pai, from the businesses to our future home. It has now put my wife and I in a position to give back to this amazing community as we try to follow Aoy and Eric's example. Another way they helped us was early in our relationship. My wife and I had a separated (before we were married) because of misunderstanding of cultures. It was Aoy and Eric that sat us down and helped us overcome those obstacles and understand our differences. We have now been together over 4 years and are proud to have our first child on the way; just for that I will always be eternally grateful. There are a million reasons I am happy to have them as my adopted parents. They are the kind of people who would give you the shirts off their backs even when they did not have the shirts to give. By threatening to have his visa revoked you are taking away my unborn child's closest thing to grandparents he/she will ever have as I lost both of my parents when I was 22.

I know Eric is not perfect and because of his high intelligence he can act uncouth; however, it comes from his unconditional love for his family and his passion for the Thai people. I do not exaggerate when I say he has one of the biggest hearts of anyone I have ever met. I genuinely believe it is in everyone's best interest for him to stay in Thailand. By having him removed it will negatively impact and destroy the lives of countless Thai Nationals and so many more. Thank you for your consideration.

Sincerely,

Hunter Cain

To the Consulate General Chiang Mai,

An American citizen named Eric Welton, who has been living in Pai for over 20 years is currently being threatened with deportation due to an apparent miscommunication with the United States Consulate in regards to his wife's (Thai Citizen and United States Green Card Holder) IR1 visa. He doesn't understand how the lack of communication and miscommunication between himself and the Department of State in regards to her IR1 visa has resulted in a threat of his deportation from Thailand. He is looking for help from the consulate in Chiang Mai and has requested I reach out to you to see what can be done.

I personally know this man and have known him for the many years that I have also lived in Pai. I know without a doubt that his deportation would have a devastating impact on both the local Thai community in Northern Thailand and of course his family. He has always been a pillar of the Pai community supporting local Thai citizens, charities and also the Thai government. He as worked on projects for Prayuth, the Navy, and the Marine Department, helping Thailand's seafood industry avoid EU sanctions related to human trafficking and slavery. He has made generous donations to the Lanna Hospital in Chiang Mai, and Pai local veterinary services helping build a sanctuary. He actively participates in supporting projects delivering supplies such as medicine, health care, food and clothing to remote villages. He currently financially supports 18 local Thai families, pays for schooling for several young local children and has heavily supported local businesses in getting back on their feet after the pandemic. Not only that but he has worked in conjunction with the CMU and Mae-Jo university to develop organic pesticides and soil additives to further innovate Thai agriculture. He has also aided the Thai government working with SCB's Digital Venture's startup incubator and has advised and consulted several Thai software startups. He has advised CMU's CAMT and currently supports Bangkok startups developing trust and certification technologies. It is clear he plays an important role in Thailand and must continue to be able to reside here to do so.

If there are any suggestions for where and who he can reach out to in receiving assistance with this matter please let me know so I can forward him that information. It's critical that the miscommunication in regards to his wife's IR1 visa, be resolved as soon as possible for the sake of his family and the community here. Any direction to give him is much appreciated.

Sincerely,

Citizen Liaison for Pai, Thailand
Autumn Landry