EMAIL - SENT Nov 16 2022
The following email was sent to a friend two days before attempting to surrender

Had a lovely meeting w/ Thai immigration last night - the consulate asked Chiang Mai Immigration not to renew my visa.

Chiang Mai Immigration felt their request was a little aggressive and personal - so they asked Mae Hong Son to investigate.

The head of Mae Hong Son immigration and two associates traveled to Pai, chatted with Pai immigration and then visited the restaurant.

We had a lovely meal and discussed the situation.

They will be recommending that I be awarded the visa and will also be pressing the consulate to grant Aoy a 10 yr B2 visa.

Turns out, Thai immigration is not a big fan of the consulate - because they are arrogant troublemakers who consistently slough off headaches as the consulate is not equipped to support their citizens.

Thai immigration is going to arrange a mediation session with myself, Aoy, and the consulate at the division 5 immigration hq on Tuesday.

so who knows - maybe I am getting kicked out of Thailand, maybe not. Immigration, on the other hand, appears to be on my side. They indicated that they had two goals (a) make sure I get my visa, as they see no reason to support the consulate's request, and (b) push the consulate to award Aoy's B2 visa.

we need the B2 visa as my father is dying of cancer and we would like to be able to travel in the event of last minute hospitalizations as well as the funeral.

the immigration head has asked me to write an apology letter to the consulate. as he indicated - "It does not matter who is right or wrong, but if you put your head down and behave with deference and remorse, I can win this for you. I need your help to do exactly what I say."

so - by apologizing first he has the ammo he needs to talk to his boss in Chiang Mai and facilitate the mediation session. He asked me to keep my eye on the prize and follow his lead.

Apparently they get a little joy out of sticking it to the consulate as well.

EMAIL - SENT Nov 17 2022
The following email to the friend, continuing the conversation, clarifying some questions, one day before attempting to surrender

From what I understand, Consulate forwarded Chiang Mai Immigration my name as someone to kick out of the country because of my emails.

Chiang Mai doesn't like to take orders from Consulate, so they asked MHS to investigate.

MHS came down to Pai and we had a lovely time - so he asked me to send an apology letter and tomorrow morning we go to the consulate. Not clear if we can go in or what, or if it is just a ruse to arrest me.

On the other hand, the MHS Head felt that there was no reason to kick us out - so he reports to his boss and the consulate reports to his boss on the 20th, the decision is made on the 21st, and I am notified on the 22nd.

Turns out there is no mediation session as they mentioned last night - but this set of apologies is to make the case on our behalf.