June 10, 2025

To Whom It May Concern,

I am writing this letter in support of Eric Welton, whom I have known personally for the past seven years. During this time, I have come to know him as a person of consistent habits and character.

I wish to specifically affirm that, to the best of my knowledge, Eric Welton has never owned or used a cellphone at any time during our acquaintance. This is a detail that has remained consistent over the years, well known by all of his friends/family, and I believe it is relevant to the matter currently under legal review.

My intent in providing this statement is to offer a truthful and accurate account of my personal knowledge of Eric Welton's lifestyle and behavior. Should further information be needed, I am willing to provide clarification or respond to any inquiries.

Thank you for your attention to this matter.

Sincerely,

Hunter Cain