

**United States Department of State**
Washington, D.C. 20520

October 25, 2022

Mr. Eric Welton
Email: ewelton.general@gmail.com

Dear Mr. Welton:

We are writing in response to your call to the Office of the Inspector General regarding the nonimmigrant visa case of your spouse. Because the Department of State is responsible for visa matters, your inquiry was forwarded to us for our reply. Thank you for your patience in awaiting a response.

Visa applications are adjudicated in accordance with the provisions of the Immigration and Nationality Act (INA). The authority to issue or refuse visas is vested in consular officers abroad by section 104(a) of the INA. Under 214(b) of the INA, the applicant must sufficiently demonstrate to the consular officer that she qualified for the nonimmigrant visa category and overcome the presumption of immigrant intent by sufficiently demonstrating to the consular officer that the applicant has strong ties to her home country that would compel her to leave the United States at the end of her temporary stay.

Consular officers examine each application individually to determine whether the applicant qualifies for a visa according to U.S. immigration law and regulations. An individual whose nonimmigrant visa application was refused under section 214(b) may reapply for a visa at any time. Although there is no guarantee that a new visa application will be successful, all applications are given full and judicious consideration.

We hope this information is helpful.

Sincerely,

Visa Office
Bureau of Consular Affairs
U.S. Department of State