CLOSED

# U.S. District Court
# Northern District of Iowa (Cedar Rapids)
# CRIMINAL DOCKET FOR CASE #: 1:25−mj−00119−MAR−1
## *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Welton | Date Filed: 07/16/2025 |
| Other court case number: 23−cr−192 Eastern District of North Carolina | Date Terminated: 07/18/2025 |

Assigned to: Magistrate Judge Mark A Roberts

**Defendant (1)**

Eric Charles Welton represented by Sara Leibee
*TERMINATED: 07/18/2025* Federal Public Defender's Office
 222 Third Avenue SE
 Suite 290
 Cedar Rapids, IA 52401
 319−363−9540
 Email: sara_leibee@fd.org
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Public Defender or Community Defender Appointment*



| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Ashley L Corkery**<br>United States Attorney's Office<br>111 7th Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401<br>319 363 6333<br>Email: Ashley.Corkery@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2025 | | Judge update in case as to Eric Charles Welton: Magistrate Judge Mark A Roberts added (no conflicts identified). (pac) (Entered: 07/16/2025) |
| 07/16/2025 | 1 | Rule 5(c)(3) Documents Received from Eastern District of North Carolina as to Defendant Eric Charles Welton. (pac) (Entered: 07/16/2025) |
| 07/16/2025 | 2 | ORDER Setting Hearing as to Defendant Eric Charles Welton: Initial Appearance − Rule 5(c)(3) set for 7/18/2025 11:00 AM in Ctrm 3 (4th Floor) Cedar Rapids before Magistrate Judge Mark A Roberts. Signed by Magistrate Judge Mark A Roberts on 7/16/2025. (jag) (Entered: 07/16/2025) |
| 07/16/2025 | | Attorney update in case as to Defendant Eric Charles Welton: Attorney Sara Leibee for Eric Charles Welton added pursuant to the CJA Panel Administrator under the direction of Magistrate Judge Mark A Roberts. (pac) (Entered: 07/16/2025) |
| 07/18/2025 | 3 | MINUTE Entry for proceedings held before Magistrate Judge Mark A Roberts: Initial Appearance in Rule 5(c)(3) Proceedings as to Defendant Eric Charles Welton held on 7/18/2025. Court orders commitment to the District of Eastern District of North Carolina. Order to follow. Defendant detained. Official Court Record: FTR Gold. (rjs) (Entered: 07/18/2025) |
| 07/18/2025 | 4 | ORDER Appointing Counsel as to Eric Charles Welton. Financial Affidavit due by 8/1/2025. Attorney Notice of Appearance due by 7/21/2025. Signed by Magistrate Judge Mark A Roberts on 7/18/2025. (jag) (Entered: 07/18/2025) |
| 07/18/2025 | 5 | COMMITMENT to Another District as to Defendant Eric Charles Welton. Defendant committed to the Northern District of North Carolina. Signed by Magistrate Judge Mark A Roberts on 7/18/2025. (eUSM, certified copy of record to Northern District of North Carolina. (jag) (Main Document 5 replaced to correct the District on 7/18/2025) (jag). (Entered: 07/18/2025) |
| 07/18/2025 | 6 | NOTICE of Attorney Appearance: Sara Leibee appearing for Defendant Eric Charles Welton. (Leibee, Sara) (Entered: 07/18/2025) |