# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. ERIC CHARLES WELTON, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:25-mj-119-MAR-1<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: Rachel J. Scott<br>Official Court Record: FTR Gold<br>Contact Information: -- |

| Date: | 07/18/2025 | Start: | 11:00 AM | Adjourn: | 11:10 AM | Courtroom: | 3, 4th Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | Telephonic? | -- |

| Appearances: | Plaintiff(s): | AUSA Kyndra Lundquist |
|---|---|---|
| | Defendant(s): | AFPD Sara Leibee (Defendant appears personally) |
| | U.S. Probation: | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X AND/OR ARRAIGNMENT:

| | | | |
|---|---|---|---|
| | | Contested? No | Continued from a previous date? No |
| Date of Indictment: | -- | | |
| Was defendant *Mirandized*? | Yes | | |
| Defendant pleaded | -- | | |
| Counsel: | Retained | X Appointed (FPD or CJA Panel): | AFPD Sara Leibee |
| Stipulation to discovery plan? | -- | | |
| Did the government move for detention? | Yes | Was the defendant detained? | Yes |
| Identity hearing: | Waived | | |
| Preliminary hearing: | -- | | |
| Detention hearing: | -- | | |
| **Witness/Exhibit List is** | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Case arises out of the Eastern District of North Carolina, case #23-cr-192.<br><br>Court advised the Defendant of his rights under Rule 5(c)(3).<br><br>Government is not agreeable with having the case transferred to the Northern District of Iowa.<br><br>Defendant to be transported to the Eastern District of North Carolina by the U.S Marshall Service. |
|---|---|

Page 1 of 1

Case 5:23-cr-00192-M-RN Document 83-2 Filed 07/21/25 Page 1 of 1
Case 1:25-mj-00119-MAR Document 8 Filed 07/18/25 Page 1 of 1

5