# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-mj-119 |
| ERIC CHARLES WELTON | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Charles Welton.

Date: 07/18/2025

/s/ Sara Leibee
*Attorney's signature*

SARA LEIBEE
*Printed name and bar number*

222 Third Ave. SE, Suite 290
Cedar Rapids, IA 52401
*Address*

sara_leibee@fd.org
*E-mail address*

(319) 363-9540
*Telephone number*

(319) 363-9542
*FAX number*