UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00192-M-RN-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEARANCE |
| ERIC CHARLES WELTON, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, James M. Ayers II, Attorney at Law, and hereby files this Notice of Appearance on behalf of Defendant, Eric Charles Welton. The undersigned appointed counsel of record hereby requests that all further pleadings and notices in the form of correspondence and documentation be mailed to him at the following address:

>James M. Ayers II
>307 Metcalf Street
>Post Office Box 1544
>New Bern, North Carolina 28563
>Telephone: (252) 638-2955
>Facsimile: (252) 638-3293
>Jim@ayershaidt.com

This the 1st day of August, 2025.

>/s/James M. Ayers II
>James M. Ayers II
>Ayers & Haidt, P.A.
>307 Metcalf Street
>Post Office Box 1544
>New Bern, North Carolina 28563
>Telephone: (252) 638-2955
>Facsimile: (252) 638-3293
>Jim@ayershaidt.com
>N.C. State Bar No. 18085
>CJA Appointed

CERTIFICATE OF SERVICE

      This is to certify that I have this the 1st day of August, 2025, served a copy of the foregoing Notice of Appearance upon counsel in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Lori B. Warlick
Assistant United States Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Email: Lori.B.Warlick@usdoj.gov

      */s/James M. Ayers II*
James M. Ayers II
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
Jim@ayershaidt.com
N.C. Bar No. 18085
CJA Appointed