UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00192-M-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| | ) | |
| ERIC CHARLES WELTON | ) | |

PLEASE TAKE NOTICE that the undersigned attorney, Meaghan Riegel, has been retained and will be representing Defendant, Eric Charles Welton, in all matters at the trial level of the above-entitled matter.

This 6th day of August 2025.

RIEGEL LAW, PLLC

/s/ Meaghan Riegel
Meaghan Riegel
4441 Six Forks Rd, Ste 315
PMB 288
Raleigh, NC 27609
919-244-2608
meaghan@mriegellaw.com
N.C. Bar No. 58227

*Retained*

## CERTIFICATE OF SERVICE

I hereby certify that that foregoing document was served upon the Assistant Attorney for the United States via the CM/ECF electronic filing system to the following email address:

        Lori Warlick
        Assistant United States Attorney
        Lori.b.warlick@usdoj.gov

This 6th day of August 2025.

        RIEGEL LAW, PLLC

        /s/ Meaghan Riegel
        Meaghan Riegel

        *Retained*