UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00192-M-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION TO WITHDRAW AS |
| ERIC CHARLES WELTON, | ) | APPOINTED COUNSEL OF |
| | ) | RECORD |
| Defendant. | ) | |

COMES NOW, Defendant, Eric Charles Welton, by and through undersigned Counsel, pursuant to Local Criminal Rule 57.1(g), Withdrawal of Appearance, the undersigned Counsel hereby moves the Court to be allowed to withdraw as counsel of record for the above-named Defendant for the following reasons:

1. Defendant has retained counsel.
2. Attorney Meaghan Riegel has filed an appearance and is representing the Defendant.

This the 7th day of August, 2025.

/s/James M. Ayers II
James M. Ayers II
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
Jim@ayershaidt.com
N.C. State Bar No. 18085
CJA Appointed

CERTIFICATE OF SERVICE

This is to certify that I have this the 7th day of August, 2025, served a copy of the foregoing Notice of Appearance upon counsel in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Lori B. Warlick
Assistant United States Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Email: Lori.B.Warlick@usdoj.gov

Meaghan Riegel
4441 Six Forks Rd., Ste. 315
PMB 288
Raleigh, NC 27609
Email: meaghan@mriegellaw.com

/s/James M. Ayers II
James M. Ayers II
Ayers & Haidt, P.A.
307 Metcalf Street
Post Office Box 1544
New Bern, North Carolina 28563
Telephone: (252) 638-2955
Facsimile: (252) 638-3293
Jim@ayershaidt.com
N.C. Bar No. 18085
CJA Appointed