UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:23-CR-00192-M-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ERIC CHARLES WELTON, ) | |
| ) | |
| Defendant. ) | |

The undersigned, finds as a fact that for good cause shown, as set out in Counsel's Motion to Withdraw, that James M. Ayers II should be permitted to withdraw as counsel of record for the above-named Defendant, Eric Charles Welton.

THEREFORE, it is **ORDERED** that James M. Ayers II be allowed to withdraw as counsel of record for the Defendant, Eric Charles Welton.

This the ____ day of August, 2025.

_____
THE HONORABLE BRIAN S. MEYERS
Magistrate U.S. District Court Judge

1