# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 8/7/25 BRA
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:23-CR-193-M-RN |
| ERIC CHARLES WELTON ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 08/07/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Meaghan Riegel #58227
*Printed name and bar number of defendant's attorney*

4441 Six Forks Rd, Ste 315, PMB 286
Raleigh, NC 27609
*Address of defendant's attorney*

meaghan@mriegellaw.com
*E-mail address of defendant's attorney*

(919) 244-2608
*Telephone number of defendant's attorney*

NA
*FAX number of defendant's attorney*