ON 8/7/25 BRN

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

FILED IN OPEN COURT
ON 8/7/25 BRN

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## NO. 5:23-CR-192-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) **WAIVER OF DETENTION HEARING** |
| | ) |
| ERIC CHARLES WELTON | ) |

I, **ERIC CHARLES WELTON**, charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the Complaint, Information, Indictment, or Motion for Revocation against me, of any Affidavit filed therewith, and the right to be represented by counsel, all of which I fully understand, and I do hereby waive my rights to a Detention Hearing in this case.

_____
Defendant's Signature

Meaghan Riegel
Defense Counsel's Name **PLEASE PRINT**

_____
Defense Counsel's Signature

8-7-25
Date

_____
BRIAN S. MEYERS
United States Magistrate Judge