IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-192-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC CHARLES WELTON, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF A REVOCATION HEARING

I understand that I have been charged with violating one or more conditions of pretrial release in a petition filed in this court. A magistrate judge has informed me of my right to a revocation hearing. I agree to waive my right to a revocation hearing. I understand that, based on this waiver, no revocation hearing will be held, and the court will find that I have violated one or more conditions of pretrial release as alleged in the petition, will revoke my pretrial release, and will order my detention until the trial in this case or entry of a guilty plea in place of a trial.

Date: ~~Aug. 8~~
August 7, 2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Meaghan Riegel #58227
Printed name and bar number of defendant's attorney

meaghan@mriegellaw.com
E-mail address of defendant's attorney

(919) 244-2608
Telephone number of defendant's attorney