IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-192-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC CHARLES WELTON | ) | |

This case comes before the court on the motion by James M. Ayers II, court appointed counsel for defendant, [DE-97] seeking leave to withdraw as counsel for defendant. Based upon a finding that attorney Meaghan Riegel has been privately retained by defendant, and has filed a notice of appearance in this matter [DE-96], the court concludes that James M. Ayers II should be allowed to withdraw as counsel for defendant.

For good cause shown, the motion [DE-97] is ALLOWED. It is therefore ORDERED that James M. Ayers II is granted leave to withdraw as counsel for defendant.

SO ORDERED, this 7th day of August, 2025.

_____
Brian S. Meyers
United States Magistrate Judge