IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-192-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER FOR REVOCATION OF** |
| v. | ) | **RELEASE AND FOR DETENTION** |
| | ) | **PENDING SENTENCING** |
| ERIC CHARLES WELTON | ) | |

On April 9, 2025, defendant pleaded guilty pursuant to a plea agreement (*see* 9 Apr. 2025 Minute Entry [DE-73]), and the court then set conditions for defendant's release pending his sentencing (*see* [DE-76]). On July 14, 2025, a petition for action on the conditions of defendant's release [DE-86] ("petition for action") was filed.

On August 7, 2025, this case came before the court for a preliminary hearing and revocation hearing on the petition for action [DE-86] on defendant's conditions of release [DE-76] and thereby for his detention pending sentencing. Defendant submitted to the court forms providing for waiver of these proceedings. *See* Waiver of Preliminary Hearing [DE-99]; Waiver of Detention Hearing [DE-100]; Waiver of Revocation Hearing [DE-101]. After questioning defendant regarding the forms and as announced in open court, the court determined that the waivers were knowingly and voluntarily provided, and it accepted each.

As also announced in open court, the court found that based on the waiver of the preliminary hearing and the statements made in the petition for action, the violations of release conditions alleged in the petition are supported by probable cause. Further, based on the waiver of detention hearing and waiver of revocation hearing, the court found that defendant must be detained pending sentencing.

In order to ensure a complete record on the issue of defendant's detention pending sentencing, it is further ORDERED as follows:

1. Based upon the petition for action [DE-86] and for the reasons provided above, Defendant's release pending sentencing is REVOKED; and

2. Defendant is REMANDED to the custody of the Attorney General or his designated representative and shall be DETAINED pending sentencing. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is housed shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

This 8th day of August 2025.

_____
Brian S. Meyers
United States Magistrate Judge