UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00192-M-RN-1

UNITED STATES OF AMERICA,    )
                             )
                             )
        v.                   )        SENTENCING MEMORANDUM
                             )
                             )
ERIC CHARLES WELTON          )

NOW COMES Defendant, Eric Charles Welton, by and through undersigned counsel, and respectfully updates this Court regarding objections made to the Presentence Report. First, Mr. Welton will no longer be pursuing a reduction in his Guidelines under U.S.S.G. § 4C1.1. Second, he will also not be pursuing departures under U.S.S.G. § 5K2.13 and § 5K2.10 due to the nature of his Guidelines and the appropriateness of addressing topics encompassed by these Guidelines through the sentencing factors in 18 U.S.C. § 3553(a).

Respectfully submitted this 22nd day of September 2025.

RIEGEL LAW, PLLC

/s/ Meaghan Riegel
Meaghan Riegel
4441 Six Forks Rd, Ste 315
PMB 288
Raleigh, NC 27609
919-244-2608
meaghan@mriegellaw.com
N.C. Bar No. 58227

*Retained*

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that that foregoing document was served upon the Assistant Attorney for

the United States via the CM/ECF notification system to the following email address:

Lori Warlick
Assistant United States Attorney
Lori.b.warlick@usdoj.gov

This 22nd day of September 2025.

RIEGEL LAW, PLLC

<u>/s/ Meaghan Riegel</u>
Meaghan Riegel

*Retained Counsel*

2