IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00192-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CHARLES WELTON,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's pro se Renewed Motion to Direct Production of Presentence Investigation Records [DE 141]. Defendant seeks an order directing the United States Probation Office to "produce and file on the docket the records – if any exist – documenting the four instances of purported non-cooperation attributed to Defendant in his Presentence Investigation Report, or, as to any instance for which no record exists, to file a statement to that effect." *Id.* at 1.

Pursuant 18 U.S.C. § 3605, this court transferred jurisdiction of Defendant's case to the United States District Court for the Northern District of Iowa on January 6, 2026. DE 131. Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE to the Defendant's ability to refile his request in the Northern District of Iowa. Further, Defendant is not permitted to file motions or other documents in this case without prior permission of the judicial officer presiding over Defendant's case in the Northern District of Iowa.

SO ORDERED this 14th day of October, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE